Eastern District of Kentucky  
FILED  
OCT 17 2007  
AT LEXINGTON  
LESLIE G WHITMER  
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF KENTUCKY  
CENTRAL DIVISION  
LEXINGTON

CIVIL ACTION NO. 07-288 JBC

UNITED STATES OF AMERICA                                              PLAINTIFF

VS         ORDER OF APPOINTMENT OF  
     WARNING ORDER ATTORNEY FOR THE DEFENDANT,  
           THE UNKNOWN SPOUSE OF OLA STACY

OLA STACY, ET AL                                                    DEFENDANTS

* * * * * * *

This cause having come before the Court upon the motion of the plaintiff, the United States of America, *ex parte*, for the entry of a warning order and for the appointment of a Warning Order Attorney for the defendant, the Unknown Spouse of Ola Stacy, and the Court having considered the motion and being advised; it is HEREBY ORDERED AND ADJUDGED as follows:

1. Pursuant to Rules 4(e)(1) and 4(g) of the Federal Rules of Civil Procedure and Rules 4.05, 4.06, 4.07 and 4.08 of the Kentucky Rules of Civil Procedure, the following, a practicing attorney in good standing with this Court, is hereby appointed Warning Order Attorney for the defendant, the Unknown Spouse of Ola Stacy:

>   Tanya Robin Cornette  
>   120 N. Mill Street  
>   Suite 201  
>   Lexington, KY   40507

2. The Warning Order Attorney must make diligent efforts to inform said defendant, by mail, concerning the pendency and nature of this mortgage foreclosure action against the defendant; and must report the results of the Warning Order Attorney's efforts to the Court within 50 days from the date of entry of this order. The Warning Order Attorney shall provide a copy of the report to counsel of record for the United States. Failure to timely file the report absent good cause may be punished as a contempt of court. In connection with his or her efforts to notify the defendant, the Warning Order Attorney is authorized to incur reasonable expenses such as postage, expenses attendant to public records searches, expenses attendant to on-line locator services, and telephone charges. The Warning Order Attorney is not authorized to incur, without leave of Court, extraordinary expenses such as newspaper advertisement charges and private investigator fees.

3. If the Warning Order Attorney cannot inform the defendant concerning this action, he or she shall so report to the Court and shall then make a defense by answer if the Warning Order Attorney can. If unable to make a defense, the Warning Order Attorney shall so report.

4. If the Warning Order Attorney knows or learns that the defendant is an unmarried infant or of unsound mind or otherwise under a legal disability, such information shall be included in the Warning Order Attorney's report; and upon the filing of such report the Warning Order Attorney shall become the Guardian ad

Litem for such defendant as if appointed pursuant to Rule 17(c) of the Federal Rules of Civil Procedure and Rules 17.03 and 17.04 of the Kentucky Rules of Civil Procedure.

5. The United States' cause of action herein is for the foreclosure of the government's mortgage lien(s) on the subject real property. The plaintiff's motion for entry of this order sets forth the property's address and said defendant's address last known to the United States. Upon receipt of its copy of this order from the Court Clerk, the United States Attorney's Office shall cause to be delivered, by mail or by electronic means, to the Warning Order Attorney's office the following: a copy of the Complaint, a copy of the plaintiff's motion for this order, and a copy of this order.

6. At the time of the filing of the report, the Warning Order Attorney may also file a motion and affidavit for payment of the Warning Order Attorney's fee and expenses. The Court will award the Warning Order Attorney the customary fee for such services as well as reasonable expenses. The Warning Order Attorney's fee and expenses shall be taxed as costs herein; provided, however, that upon entry of the Court's order the United States shall pay the fee and expenses. The United States Department of Justice must have the Warning Order Attorney's Taxpayer Identification Number or Social Security Number in order to process payment. Therefore, it is ordered that the Warning Order Attorney shall state his or her Taxpayer Identification Number or Social Security Number in the report filed herein, or,

in the alternative, shall provide such number in writing directly to counsel of record for the United States (additional notification is not required if the United States Attorney's Office already has the number on file).

Date: 10/16/07

Jennifer B. Coffman
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

DISTRIBUTION:
    ECF Notification to U.S. Attorney
    1 copy to the Warning Order Attorney